IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Florence Division

Civil Action No: 4:12-CV-03318-RBH

| | |
|---|---|
| ACS Technologies Group, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADW Group, LLC, )<br>)<br>Defendant. )<br>_____ ) | **CONSENT ORDER<br>FOR EXTENSION OF TIME** |

Upon motion and consent, and for good cause shown, it is hereby ordered that the Defendant ADW Group, LLC, have through February 10, 2013 within which to move, answer or otherwise plead to the Summons and Complaint in this matter.

AND IT IS SO ORDERED.

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
January 14, 2013

[SIGNATURES ON FOLLOWING PAGE]

WE SO MOVE AND CONSENT:

**JETER & WILLIAMS, P.A.**

s/Daryl L. Williams
Daryl L. Williams
Fed. I.D. No. 4671
1204 Main Street, Suite 200
Post Office Box 7425
Columbia, South Carolina 29202
Telephone:  (803)765-0600
Facsimile:   (803) 765-0619
dwilliams@jeterandwilliams.com

**Attorneys for Defendant**

**HAYNSWORTH SINKLER BOYD, P.A.**

s/Robert Y. Knowlton
Robert Y. Knowlton
Fed. I.D. No. 2380
Elizabeth H. Black
Fed. I.D. No. 10088
1201 Main Street, 22nd Floor
PO Box 11889
Columbia, South Carolina 29211
Telephone:  803-779-3080
rknowlton@hsblawfirm.com
eblaack@hsblawfirm.com

**Attorneys for Plaintiff**